## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Larry Edward Pichon
Attorney at Law
330 Alamo St., Suite G
Lake Charles LA 70601

**REHEARING ACTION: March 23, 2016**

**Docket Number: 15   00836-JAC**

**STATE IN THE INTEREST OF J.M.B.**

**Appealed from Calcasieu Parish Case No. 25757**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**
> **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **D. A. B. (mother)** has this day been

> **DENIED.**

cc: Nicholas Pizzolatto, Jr., Counsel for the Appellee
    Amy E. McGray, Counsel for the Appellee